# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

MONEC HOLDING AG,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

Civil Action No. 2:08cv153 RAJ FBS

FILED MAR 12 2009 CLERK, U.S. DISTRICT COURT NORFOLK, VA

## AGREED ORDER OF DISMISSAL

On this day came the parties, by counsel, and represented to the Court that the matters in dispute between them, as expressed in the Complaint and the other pleadings herein, have been compromised, agreed and settled, and that this action should be dismissed, with prejudice.

Upon consideration whereon, based on the representations of the parties, it appearing to the Court that this case has been settled and compromised, it is therefore;

ADJUDGED, ORDERED and DECREED that this case be and hereby is, dismissed, with prejudice. Jurisdiction of this matter is retained for the purpose of enforcing the settlement agreement resulting in dismissal of this action. Each party shall bear its own costs, including attorneys' fees.

ENTER: 3/12/09

JUDGE: /s/ Raymond A. Jackson
Judge Raymond A. Jackson
United States District Court
For the Eastern District of Virginia

Dated: March 10, 2009

WE ASK FOR THIS:

_____
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

J. Anthony Downs
Lana S. Shiferman
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
jdowns@goodwinprocter.com
lshiferman@goodwinprocter.com

*Counsel for Defendant Hewlett-Packard Company*

_____
Joseph D. Wilson
VSB No. 43693
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
jwilson@kelleydrye.com

Steven J. Moore
Delphine W. Knight Brown
KELLEY DRYE & WARREN LLP
400 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-1400
Facsimile: (203) 327-2669

smoore@kelleydrye.com
dkbrown@kelleydrye.com

*Counsel for Plaintiff Monec Holding AG*